UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES R. SCOTT | ) | |
| | ) | NO. 3:24-CV-00998 |
| v. | ) | |
| | ) | CHIEF JUDGE CAMPBELL |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Thomas J. Jaworski, Acting United States Attorney and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Kathryn Risinger in the place of Assistant United States Attorney Ben Schrader as the Attorney for the United States in this case.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By:    */s/ Kathryn Risinger*
KATHRYN RISINGER
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I provided a copy of this Motion to Substitute Counsel to opposing counsel by electronically filing the foregoing pleading with the clerk of the court by using the CM/ECF system.

*/s/ Kathryn Risinger*
KATHRYN RISINGER
Assistant United States Attorney